**FORM 5**

# UNITED STATES COURT OF INTERNATIONAL TRADE
# INFORMATION STATEMENT

| | |
|---|---|
| **PLAINTIFF:**<br>    Global Plywood & Lumber Trading, LLC<br><br>**ATTORNEY**(*Name, Address, Telephone No.*): Jeffrey S. Grimson, Kristin H. Mowry, Jill A. Cramer<br><br>    Mowry & Grimson, PLLC<br>    5335 Wisconsin Avenue, Suite 810<br>    Washington, DC 20015<br>    (202) 688-3610 | |

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

**If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box: [ ]**

## J U R I S D I C T I O N

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515- 19 U.S.C. § 1515**
[ ] Appraisal         [ ] Classification     [ ] Charges or Exactions   [ ] Vessel Repairs
[X] Exclusion         [ ] Liquidation        [ ] Drawback
[ ] Refusal to Reliquidate  [ ] Rate of Duty     [ ] Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. §1516**
[ ] Appraisal              [ ] Classification         [ ] Rate of Duty

**28 U.S.C. § 1581(c) -** Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a (Provide a brief description of the administrative determination you are contesting, including the relevant Federal Register citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.)
Subparagraph and Clause _____ Agency_____
Federal Register Cite(s)_____
Product(s)

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**
[ ] U.S. Secretary of Labor [ ] U.S. Secretary of Commerce [ ] U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515**
(*Provide a brief statement of the final determination to be reviewed.*)

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**
Agency: [ ] U.S. International Trade Commission [ ] Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**
[ ] Sec. 641(b)(2)    [ ] Sec. 641(b)(3)    [ ] Sec. 641(c)(1)    [ ] Sec. 641(b)(5)
[ ] Sec. 641(c)(2)    [ ] Sec. 641(d)(2)(B) [ ] Sec. 499(b)

(Continued on reverse side)

| **J U R I S D I C T I O N** |||||
|---|---|---|---|---|
| (Continued) |||||
| **28 U.S.C. § 1581(h) - Ruling relating to:** |||||
| [ ] Classification | | [ ] Valuation | [ ] | Restricted Merchandise |
| [ ] Rate of Duty | | [ ] Marking | [ ] | Entry Requirements |
| [ ] Drawbacks | | [ ] Vessel Repairs | [ ] | Other: _____ |

**28 U.S.C. § 1581(i)** - (*Cite any applicable statute and provide a brief statement describing jurisdictional basis.*)


**28 U.S.C. § 1582 - Actions Commenced by the United States**

| [ ] (1) Recover civil penalty under Tariff Act of 1930: |||
|---|---|---|
| [ ] Sec. 592 | [ ] Sec. 593A | [ ] Sec. 641(b)(6) |
| [ ] Sec. 641(d)(2)(A) | [ ] Sec. 704(i)(2) | [ ] Sec. 734(i)(2) |
| [ ] (2) Recover upon a bond |||
| [ ] (3) Recover customs duties |||

RELATED CASE(S)

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

| | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| [ ] Decided: | None | | |
| [ ] Pending: | | | |

(Attach additional sheets, if necessary)

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013.)