Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

| GLOBAL PLYWOOD & LUMBER TRADING, LLC |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

SUMMONS

Ct. No. 16-00254

TO:   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Tina Potuto Kimble
Clerk of the Court

## PROTEST

| Port of Entry: | Houston, 5301 | Date Protest Filed: | May 3, 2016 |
| Protest Number: | 5309-16-100085 | Date Protest Denied: | May 31, 2016 |
| Importer: | Global Plywood & Lumber Trading, LLC | | |
| Category of Merchandise: | Wood from Peru | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 799-21657412 | 10/9/2015** | n/a | | | |
| | ** date of detention | | | | |
| | | | | | |
| | | | | | |

Port Director,

Port of Houston, 7141 Office City Drive
Houston, TX 77087

Address of Customs Port in
Which Protest was Denied

Jeffrey Grimson, Kristin Mowry, Jill Cramer
Mowry & Grimson, PLLC
5335 Wisconsin Ave., NW, Suite 810
Washington, DC 20015
202-688-3610, jac@mowrygrimson.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Plaintiff appeals denial of protest challenging exclusion of imported merchandise under 19 USC 1499(c)(5). CBP did not have a reasonable basis for denying entry of the merchandise in question.

The issue which was common to all such denied protests:

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

*Signature of Plaintiff's Attorney*

11/28/16
*Date*

Form 1-3

**SCHEDULE OF PROTESTS**

Houston
_____
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| see prior page | | | | | |

Port Director of Customs,

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011.)