FORM 7

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **GLOBAL PLYWOOD & LUMBER TRADING, LLC** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES,** )<br>)<br>**Defendant.** )<br>) | **Court No. 16-00254** |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

February 7, 2017  /s/ Jill A. Cramer
Date   Jill A. Cramer
    Mowry & Grimson, PLLC
    Attorney for Plaintiff

    5335 Wisconsin Avenue, NW, Suite 810
    Street Address

    Washington, DC 20015
    City, State and Zip Code

    202-688-3610
    Telephone No.


Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____   Clerk, U. S. Court of International Trade


   By: _____ Deputy Clerk