FORM 7

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **GLOBAL PLYWOOD & LUMBER TRADING, LLC** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Court No. 16-00254 |
| v. ) | |
| ) | |
| **UNITED STATES,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

February 7, 2017     /s/ Jill A. Cramer
Date                  Jill A. Cramer
                      Mowry & Grimson, PLLC
                      Attorney for Plaintiff

                      5335 Wisconsin Avenue, NW, Suite 810
                      Street Address

                      Washington, DC 20015
                      City, State and Zip Code

                      202-688-3610
                      Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated:  February 7, 2017          Clerk, U. S. Court of International Trade

                                  By:    /s/ Steve Taronji          Deputy Clerk